THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:12-cv-00294-MR-DLH

| | | |
|---|---|---|
| STEPHANIE I. HERREN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | <u>O R D E R</u> |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the Plaintiff's Motion to Dismiss Civil Action Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure [Doc. 10].

For the reasons stated in the Plaintiff's Motion.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Motion to Dismiss [Doc. 10] is **GRANTED**, and this civil action is hereby **DISMISSED** pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Signed: February 18, 2013

Martin Reidinger
United States District Judge